IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS,**                                                                                   **PLAINTIFF**
**ADC #704518**

v.                                    CASE NO. 1:15CV00091 BSM

**STATE OF ARKANSAS et al.**                                                              **DEFENDANTS**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere and plaintiff Chandra Lyons's objections thereto have been reviewed. After careful review of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1      Lyons's complaint [Doc. No. 1] is dismissed without prejudice for failure to comply with court order.

2      It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of October 2015.

_____
UNITED STATES DISTRICT JUDGE